UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

In re                                                    CASE NO. 09-21481-BKC-AJC
                                                         CHAPTER 7
FONTAINEBLEAU LAS VEGAS                                   (Jointly Administered)
HOLDINGS, LLC, et al.,

            Debtors.

_____ /

SONEET KAPILA, not individually but                      ADV. NO. 15-01002-BKC-AJC-A
as Chapter 7 trustee of the above-styled
jointly administered Debtors,

            Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH, PA, XL SPECIALTY
INSURANCE  COMPANY, NAVIGATORS           **EMERGENCY MOTION OF THE**
INSURANCE COMPANY, CATLIN                **PLAINTIFF, CHAPTER 7 TRUSTEE**
SPECIALTY INSURANCE COMPANY,             **SONEET KAPILA, FOR IMMEDIATE**
FEDERAL INSURANCE COMPANY,GREAT          **WITHDRAWAL OF THE REFERENCE**
AMERICAN INSURANCE COMPANY,              **OF THIS ADVERSARY PROCEEDING**
ILLINOIS NATIONAL INSURANCE              **[ADV. ECF. NO. 1; MAIN CASE ECF**
COMPANY, WESTCHESTER FIRE                **NO. 4785] AND INCORPORATED**
INSURANCE COMPANY,BRIGADE                **MEMORANDUM OF LAW**
LEVERAGED CAPITAL STRUCTURES
FUND, LTD., BATTALION CLO 2007-I LTD.,
CANPARTNERS INVESTMENTS IV, LLC,         **[EMERGENCY HEARING REQUESTED ON OR**
CASPIAN CAPITAL PARTNERS, LP,            **BEFORE JANUARY 9, 2015 AT 2:00 P.M.]**
CASPIAN SELECT CREDIT MASTER FUND,
LTD., MARINER LDC, CASPIAN ALPHA
LONG CREDIT FUND, L.P., CASPIAN
SOLITUDE MASTER FUND, L.P., ING
PRIME RATE TRUST, ING SENIOR INCOME
FUND, ING INTERNATIONAL (II)- SENIOR
BANK LOANS EURO, ING INVESTMENT
MANAGEMENT CLO I, LTD., ING
INVESTMENT MANAGEMENT CLO II,
LTD., ING INVESTMENT MANAGEMENT

CLO III, LTD., ING INVESTMENT
MANAGEMENT CLO IV, LTD., ING
INVESTMENT MANAGEMENT CLO V,
LTD., PHOENIX CLO I, LTD., PHOENIX CLO
II, LTD., PHOENIX CLO III, LTD., VENTURE
II CDO 2002, LIMITED, VENTURE III CDO
LIMITED, VENTURE IV CDO LIMITED,
VENTURE V CDO LIMITED, VENTURE VI
CDO, LIMITED, VENTURE VII CDO
LIMITED,VENTURE VIII CDO, LIMITED,
VENTURE IX CDO, LIMITED, VISTA
LEVERAGED INCOME FUND, VEER CASH
FLOW CLO, LIMITED, MONARCH MASTER
FUNDING LTD., SPCP GROUP LLC, SOLA
LTD., SOLUS CORE OPPORTUNITIES
MASTER FUND LTD,  VENOR CAPITAL
MASTER FUND, LTD., SAN GABRIEL CLO I
LTD, SHASTA CLO I LTD, SIERRA CLO II
LTD, WHITNEY CLO I LTD., WHITNEY
CLO I LTD., OLYMPIC CLO I LTD.,
GENESIS CLO 2007 – 1 LTD.,
JEFFREY SOFFER, ALBERT "SONNY"
KOTITE,  RAY PARELLO,  BRUCE WEINER,
GLENN SCHAEFFER,  JAMES FREEMAN,
DEVENDRA "DEVEN" KUMAR,
FONTAINEBLEAU RESORTS, LLC,
CAMILIA M. DENNY, VICTOR A. DUVA,
and HOWARD C. KARAWAN,

        Defendants.

_____/

The Plaintiff, Chapter 7 Trustee Soneet Kapila of the estates of the Main Case Debtors,[1]

and pursuant to 28 U.S.C. § 157(d), and S.D. Fla. Local Bankruptcy Rule 9075-1, files this

---

[1] The Debtors, which filed Chapter 11 voluntary petitions on June 9 and November 25, 2009, and are being jointly administered under Main Bankruptcy Case No. 09-21481-BKC-AJC, consist of: (i) Fontainebleau Las Vegas Holdings, LLC; (ii) Fontainebleau Las Vegas, LLC; (iii) Fontainebleau Las Vegas Capital Corp.; (iv) Fontainebleau Las Vegas Retail Parent, LLC; (v) Fontainebleau Las Vegas Retail Mezzanine, LLC; and (vi) Fontainebleau Las Vegas Retail, LLC By Order dated April 20, 2010, the Bankruptcy Court converted the Debtors' cases to Chapter 7 liquidations. Thereafter, Mr. Kapila was appointed Chapter 7 trustee of the estates of the

Emergency Motion for Immediate Withdrawal of the Reference of Adversary Proceeding [Adv. ECF No. 1; Main Case ECF No. 4785] and Incorporated Memorandum of Law, and says:

## I. Reason for Emergency as Required by Local Rule 9075-1

### A. *Reason for the Exigency*

Emergency relief is requested by the Trustee because on December 30, 2014, Jeffrey Soffer,[2] filed his Emergency Motion To Lift The Automatic Stay, To The Extent Applicable, To Allow Payment Of Costs And Proceeds Under Certain Director And Officer Liability Insurance Policies (the "Stay Relief Motion") [Main Case ECF No. 4779]. The Stay Relief Motion seeks authorization and permission from the Bankruptcy Court to allow and enable the director and officer (the "D&O") insurance carriers to pay, upon information and belief, an amount equal to $93,000,000 to the Term Lenders (as defined in the Stay Relief Motion, and who are creditors of the Debtors' estates) pursuant to a purported settlement agreement. Because a ruling on the Stay Relief Motion would serve to potentially adversely impact the Trustee's appeal pending before the District Court[3] involving the Bankruptcy Court's denial of an $83,300,000 settlement and bar order, on December 31, 2014, the Trustee filed a motion to withdraw the reference of the Stay Relief Motion, seeking to withdraw the reference of the Stay Relief Motion to the District Court (the "Stay Relief Withdrawal Motion") [D.C. Appeal ECF No. 26].[4]

---

Debtors, which appointment was approved by the Bankruptcy Court. As such, Kapila is the duly appointed and acting Trustee.

[2] Soffer is a former officer, director and/or control person of the Debtors with the majority ownership interest in the failed $1.8 billion Fontainebleau Las Vegas project that the Debtors were formed to develop, construct and/or ultimately operate.

[3] Case No. 1:14-mc-24520-KMW, Southern District of Florida (hereinafter, the "D.C. Appeal").

[4] The District Court has scheduled the hearing on the Trustee's Stay Relief Withdrawal Motion for January 8, 2015, at 11:00 a.m. The Bankruptcy Court's hearing on the Stay Relief Motion is scheduled for January 9, 2015, at 2:00 p.m.

On January 2, 2015, the Trustee filed his Adversary Complaint Objecting to Jeffrey Soffer's Stay Relief Motion and Counterclaim for Injunctive and Other Relief (the "Injunction Complaint") [Adv. ECF No. 1; Main Case ECF No. 4785].  The Injunction Complaint, which joins as defendants the Debtors' former principals, the D&O Carriers and the Term Lenders, objects to the Stay Relief Motion and seeks, among other relief, to enjoin the consummation of the Term Lenders' settlement based upon a multitude of legal authorities from federal Circuit Courts and District Courts that enjoin actions of third parties that may adversely affect the administration of bankruptcy estates, and thereby cause harm to such estates and their creditors.

Because the relief requested in the Injunction Complaint is directly related to the legal and factual issues raised in the Stay Relief Motion, an emergency hearing is necessary and appropriate to avoid direct, immediate and substantial harm to the bankruptcy estates of the Debtors if the parties are not able to obtain an immediate resolution of the disputed issues that are the subject matter of this Motion.

B.      *The Date by which the Movant Reasonably Believes Such Hearing Must be held:*

No later January 15, 2015, 2:00 p.m., which is the date and the time scheduled by the Bankruptcy Court for the hearing on Soffer's emergency Stay Relief Motion.

C.      *Certification of counsel:*

Counsel for the Trustee certifies that that a bona fide effort to resolve the matter without hearing prior to the filing of this Motion.

## II.      Facts Supporting Relief Requested

The D.C. Appeal filed on November 7, 2014 [Main Case ECF No. 4745], emanates from the Bankruptcy Court's October 24, 2014, order denying a settlement and litigation bar order (the "Bar Order") requested by the Trustee in connection with and as required by an $83,300,000

4

million settlement (the "Trustee Settlement") of two adversary proceedings pending in the Bankruptcy Court between the Trustee and multiple former D&Os of the Debtors (the "Settling Defendants"). The Bar Order aspect of the Settlement sought a permanent injunction barring certain state court litigation pending in Nevada between the Term Lenders and many of the same Settling Defendants in the Trustee's Adversary Proceedings.[5]

Before the appeal was docketed with the District Court, the Term Lenders opened a new miscellaneous case number by filing a motion to dismiss the Trustee's appeal based upon purported mootness and other grounds, which motion was joined by two other objectors to the Bar Order. [*See* D.C. Appeal ECF Nos. 1, 8 & 9]. With the filing of various responses and replies of the parties [See ECF Nos. 17-25], as of December 31, 2014, the motions to dismiss have been fully briefed and are awaiting action by the Court.[6]

---

[5] It will be the Trustee's position in the D.C. Appeal that, in denying the Bar Order, the Bankruptcy Court, contrary to controlling precedent in this Circuit, created and applied the wrong standard for (a) determining whether the claims proposed to be barred were "truly independent," and (b) determining the basis on which litigation bar orders can be approved with respect to non-bankruptcy claims in favor of settling defendants. Specifically, the Bankruptcy Court incorrectly required the Trustee to prove that "unusual circumstances" existed in order to justify the Bar Order. The Bankruptcy Court then required the Trustee to prove either that (i) the Term Lenders' claims in the Nevada proceeding were not "viable," or (ii) the Settling Defendants were either "insolvent" or of such "tiny means" that the Term Lenders would not recover more in their Nevada litigation outside of bankruptcy than they would recover as creditors within the bankruptcy proceedings as a result of the Trustee's proposed Settlement. Moreover, the Bankruptcy Court also applied the wrong standard when it erroneously concluded, as a matter of law, that it could not enter the Bar Order against any party who was not receiving any proceeds from the Settlement. Rather, the Bankruptcy Court concluded that it could only approve the Bar Order if all parties affected by the Bar Order agreed to the Bar Order.

[6] However, on January 2, 2015, the Term Lenders filed a motion for leave to file a sur-reply to the Trustee's cross motion for leave to appeal. [D.C. Appeal ECF No. 28], which the Trustee intends to oppose.

As noted above, in response to the Stay Relief Motion, the Trustee has filed: (i) the Stay Relief Withdrawal Motion and (ii) the Injunction Complaint.[7]

### III.    Legal Argument and Citation to Authority

Pursuant to Article I, Section 8 of the United States Constitution, Congress enacted 28 U.S.C. § 1334. Section 1334 is the sole source of federal bankruptcy jurisdiction. Subsection (a) of that provision grants to the district courts "original and exclusive jurisdiction of all cases under title 11," and subsection (b) grants to the district courts "original but not exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases under title 11." 28 U.S.C. § 1334(a) and (b).  All bankruptcy jurisdiction is initially lodged in the district courts. Under 28 U.S.C. § 157(a), each district court may refer to the bankruptcy court "any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11."  Thus, the district court may refer to the bankruptcy court any and all matters covered by 28 U.S.C. § 1334.  This has been accomplished in every district in the United States by standing orders of reference. In the Southern District of Florida, the standing order of reference was issued through Administrative Order 2012-25 entered March 27, 2012 (the "Standing Order"), and refers to the bankruptcy court in this district any and all cases and proceedings covered by federal bankruptcy jurisdiction.

Pursuant to 28 U.S.C. § 157(d): "The district court may withdraw, in whole or in part, any case or proceeding referred under this section, on its own motion or on timely motion of any party, for cause shown."  Although Congress has not provided a statutory definition of the word "cause", the Eleventh Circuit has determined that is not "an empty requirement." *In re In re Parklane/Atlanta Joint Venture*, 927 F.2d 532, 536 (11th Cir. 1991).    Thus, when making a

---

[7] The Trustee shortly intends to file an emergency motion seeking injunctive relief in the adversary proceeding that is the subject of the Injunction Complaint.

determination of whether sufficient cause exists, a district court should consider the advancement of uniformity in bankruptcy administration, decreasing forum shopping and confusion, promoting the economical use of the parties' resources, and facilitating the bankruptcy process. *See Dionne v. Simmons (In re Simmons),* 200 F.3d 738, 742 (11th Cir. 2000) (quoting *Holland Am. Ins. Co. v. Succession of Roy*, 777 F.2d 992 (5th Cir.1985)).  Additional factors include: (1) whether the claim is core or non-core; (2) efficient use of judicial resources; (3) a jury demand; and (4) prevention of delay. *See Hvide Marine Towing, Inc. v. Kimbrell (In re Hvide Marine Towing, Inc.),* 248 B.R. 841, 844 (M.D.Fla.2000); *TPI Int'l Airways v. FAA (In re TPI Int'l Airways)*, 222 B.R. 663, 668 (S.D.Ga.1998). While important, none of the aforementioned factors should prevent a district court "from properly withdrawing reference either to ensure that the judicial power of the United States is exercised by an Article III court or in order to fulfill its supervisor function over the bankruptcy courts."  *Parklane/Atlanta Joint Venture*, 927 F.2d 532, at 538.

Sufficient cause exists to withdraw the reference of the Injunction Complaint adversary proceeding, immediately and in its entirety for all purposes (including trial and all pretrial matters), because the issues raised in this action are sufficiently related to the D.C. Appeal and the Stay Relief Motion to warrant such relief.  Consistent with the Eleventh Circuit's mandate, ordering an immediate withdrawal of the reference will "ensure that the judicial power of the United States is exercised by an Article III court" and "fulfill its supervisor function" over the Bankruptcy Court in the main bankruptcy cases of the Debtors, and or an adversary proceeding with a direct nexus to such cases.

The Stay Relief Motion, if granted, will cause substantial harm to assets of the estates – the Trustee Actions – by allowing $93,000,000 of D&O insurance policy proceeds to be paid to

the Term Lenders to the detriment of the bankruptcy estate and its creditors.  The Trustee estimates, and the parties will not dispute, that if this requested payment is approved, no more than $25,000,000 of the face of the policies will be available to satisfy the litigations claims of the Trustee and other claimants.  Meanwhile, the Trustee's settlement that is the subject of the D.C. Appeal, would have authorized the Debtors' estates ***to be paid $83,000,000 of D&O insurance proceeds for the sole and exclusive benefit of the estates and ALL of their creditors***, and not just the Term Lenders to the exclusion of everyone else.  Moreover, as argued by the Trustee in the Stay Relief Withdrawal Motion with citation to multiple legal authorities, the Bankruptcy Court has, at a minimum, highly questionable jurisdiction to hear and decide the Stay Relief Motion. [D.C Appeal ECF No. 26 at pp. 6-8].

Because the legal and factual issues raised in the Injunction Complaint adversary proceeding are directly related to those that are the subject of the Stay Relief Motion and the D.C. Appeal, the reference of this adversary case should be withdrawn immediately and in its entirety so that all such matters, including trial and pretrial, may be heard and decided by the District Court.  This result will promote judicial economy and, most importantly, avoid the possibility of inconsistent results and decisions between the District Court and the Bankruptcy Court.

## IV.    Conclusion

For the reasons stated above, this emergency motion for the withdrawal of the reference of Injunction Complaint adversary proceeding should be granted, and the reference withdrawn immediately and in its entirety as to all trial and pretrial matters.

Submitted this 5th day of January, 2015.

GENOVESE JOBLOVE & BATTISTA, P.A.
*Special Counsel for the Trustee*
100 S.E. Second Street, 44th Floor
Miami, Florida  33131
Telephone: (305) 349-2300
Facsimile:  (305) 349-2310
Email: jgenovese@gjb-law.com
Email: pbattista@gjb-law.com
Email: dcimo@gjb-law.com
Email: pbellas@gjb-law.com

By:    /s/ John H. Genovese
        John H. Genovese, Esq.
        Fla. Bar No. 280852
        Paul J. Battista, Esq.
        Fla. Bar No. 884162
        David C. Cimo, Esq.
        Fla. Bar No. 775400
        Peter W. Bellas, Esq.
        Fla. Bar No. 611387

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

CM/ECF and/or email to all parties on the attached Service List this 5th day of January, 2015.

By: /s/ John H. Genovese
        John H. Genovese, Esq.

9

**Service List**

**Counsel for the Term Lenders**

**JONES DAY**
Bruce S. Bennett, Esq.
Sidney P. Levinson, Esq.
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: *bbennett@jonesday.com*
Email: *slevinson@jonesday.com*

**JONES DAY**
Joshua D. Morse, Esq.
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: *jmorse@jonesday.com*

**AKERMAN LLP**
Michael I. Goldberg, Esq.
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
Tel: 954.468.2444
Fax: 954.463.2224
Email: *michael.goldberg@akerman.com*

**AKERMAN LLP**
Joanne Gelfand, Esq.
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 982-5694
Email: *joanne.gelfand@akerman.com*

**Counsel for The Union Labor Life Insurance Company**

**HOLLAND & KNIGHT LLP**
John J. Monaghan, Esq.
10 St. James Place,
11th Floor, Boston, Massachusetts 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
Email: john.monaghan@hklaw.com

**HOLLAND & KNIGHT LLP**
Jose A. Casal, Esq.
Joaquin Alemany, Esq.
Michael E. Rothenberg, Esq.
701 Brickell Avenue, 33rd Floor
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
E-mail: jose.casal@hklaw.com
E-mail: joaquin.alemany@hklaw.com
E-mail: michael.rothenberg@hklaw.com

**KLEHR HARRISON HARVEY BRANZBURG LLP**
William A. Harvey (Pa. I.D. 25344)*
Diana L. Eisner (Pa. I.D. 309237)*
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Tel: (215) 569-2700
Fax: (215) 568-6603
Email: WHarvey@klehr.com
Email: DEisner@klehr.com

### Counsel for Bank of America, N.A.

**DLA Piper LLP (US)**
Craig V. Rasile, Esq.
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-5341
Telephone: 305-423-8500
Facsimile: 305-437-8131
Email: craig.rasile@dlapiper.com

**Munger, Tolles & Olson LLP**
Todd J. Rosen, Esq.
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: 213-683-9222
Facsimile: 213-683-4022
Email: todd.rosen@mto.com

### Counsel for U.S. Bank National Association

**MASLON EDELMAN BORMAN
& BRAND, LLP**
Clark Whitmore, Esq.
90 South Seventh Street, Suite 3300
Minneapolis, Minnesota 55402
Telephone: (612) 672-8200
Facsimile: (612) 672-8397
Email: clark.whitmore@maslon.com

**SQUIRE PATTON BOGGS (US) LLP**
Andrew R. Kruppa, Esq.
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: andrew.kruppa@squirepb.com

### Counsel for the D&O Defendants

**Counsel for Defendant Jeffrey Soffer**
**BERGER SINGERMAN, P.A.**
Paul Singerman, Esq.
James Gassenheimer, Esq.
1450 Brickell Ave. Suite 1900,
Miami, FL 33131,
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: singerman@bergersingerman.com
        jgassenheimer@bergersingerman.com

**Counsel for Defendant James Freeman**
Christopher Nowlin, Esq.
Dean J. Kitchens, Esq.
Gibson Dunn
333 S Grand Ave
Los Angeles, CA 90071
Telephone: 213.229.7352
Fax: 213.229.6352
Email: cnowlin@gibsondunn.com
Email: dkitchens@gibsondunn.com

**Counsel for Defendant Devendra Kumar**
Alexandra D. Blye, Esq.
Carlton Fields
525 Okeechobee Blvd # 1200
West Palm Bch, FL 33401
Telephone: (561) 659-7070
Fax : (561) 659-7368
Email: ablye@carltonfields.com

**Counsel for Defendant James Freeman**
Merrick Gross, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: mgross@carltonfields.com

**Counsel for Defendant Devendra Kumar**
Merrick Gross, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: mgross@carltonfields.com

**Counsel for Defendant Glenn Schaeffer**
Arthur C. Neiwirth, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
1 E Broward Blvd #1400
Fort Lauderdale, FL 33301
Phone: 954.523.7008
Fax : 954.523.7009
Email: aneiwirth@qpwblaw.com

**Counsel for Defendant Glenn Schaeffer**
Represented by Manuel L. Dobrinsky, Esq.
2 S. Biscayne Blvd., Suite 3100
Miami, FL 33131
Tel: 305-371-3666
Fax: 305-371-6725
E-mail: mdobrinsky@fdlaw.net

**Counsel for Defendant Glenn Schaeffer**
Ronald P. Hanes, Esq.
Trombley & Hanes, P.A.
707 N. Franklin Street, Floor 10
Tampa, FL 33602
Tel: 813-229-7918
Fax: 813-223-5204
E-mail: rhanes@trombleyhaneslaw.com

**Counsel for Defendant James Freeman**
Alexandra D. Blye, Esq.
Carlton Fields
525 Okeechobee Blvd # 1200
West Palm Bch, FL 33401
Telephone: (561) 659-7070
Fax : (561) 659-7368
Email: ablye@carltonfields.com

**Counsel for Defendant Albert Kotite**
Jeffrey T. Foreman, Esq.
Kenny Nachwalter
201 S Biscayne Blvd # 1100
Miami, FL 33131
Telephone: 305-373-1000
Facsimile: 305-372-1861
Email: jforeman@kennynachwalter.com

**Counsel for Defendant Albert Kotite**
Andrew B. Zinman, Esq.
Barry Kingham, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Direct: (212) 696-6928
Fax: (917) 368-8942
Email: azinman@curtis.com
Email: bkingham@curtis.com

**Counsel for Defendant Bruce Weiner**
Steven I. Silverman, Esq.
Kluger Kaplan
201 S. Biscayne Blvd 17th Florr
Miami, FL 33131
Phone 305-379-9000
Fax 305-379-3428
Email: ssilverman@klugerkaplan.com

**Counsel for Defendant Devendra Kumar**
Christopher Nowlin, Esq.
Dean J. Kitchens
333 S Grand Ave
Los Angeles, CA 90071
Telephone: 213.229.7352
Fax: 213.229.6352
Email: cnowlin@gibsondunn.com
Email: dkitchens@gibsondunn.com

**Counsel for Defendant Ray Parello**
James D. Gassenheimer, Esq.
David Gay, Esq.
Paul Steven Singerman, Esq.
Berger Singerman, P.A.
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Phone: (305) 755-9500
Fax: (305) 714-4340
Email: dgay@bergersingerman.com
Email: jgassenheimer@bergersingerman.com
Email: singerman@bergermansingerman.com



**Counsel for the Insurers**

**Counsel for: XL Specialty Insurance Company**
Gary V. Dixon, Esq.
Pamela L. Signorello, Esq.
TROUTMAN SANDERS, LLP
104 9th Street, N.W.
Suite 1000
Washington, DC 20004
Telephone: (202) 274-2950
Facsimile: (202-274-2994
Gary.dixon@troutmansanders.com
Pam.signorello@troutmansanders.com

**Counsel for: Illinois National Insurance Company; and National Union Fire Insurance Company of Pittsburgh**

Jana I. Lubert, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Direct Dial: (213) 680-5075
Facsimile: (213) 250-7900
lubert@lbbslaw.com

**Counsel for: Westchester Fire Insurance Company (Ace)**
John W. Bussey, III, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
105 East Robinson Street
4th Floor
Orlando, Florida 32801
Telephone: (407) 423-7287
Facsimile: (407) 648-1376
John.bussey@wilsonelser.com

**Counsel for: Federal Insurance Company**
David Newmann, Esq.
HOGAN LOVELLS, US LLP
1835 Market Street
29th Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Direct Dial: (267) 675-4610
Facsimile: (267) 675-4601
David.newmann@hoganlovells.com

**Counsel for: Navigators Insurance Company Catlin Specialty Insurance Company**
Brianne Biggiani, Esq.
Jennifer W. Wall, Esq.
LLOYD GRAY WHITEHEAD MONROE
2501 20th Place South
Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380
bbiggiani@lgwmlaw.com
jwall@lgwmlaw.com

**Counsel for: Navigators Insurance Company**
Richard J. Lydecker, Esq.
Carlos DeZayas, Esq.
Steve Hunter Johnson, Esq.
LYDECKER DIAZ
1221 Brickell Avenue
19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190
rl@lydeckerdiaz.com
cdz@lydeckerdiaz.com

**Counsel for Great American Insurance Company**
James Skarzynski, Esq.
Edward Carleton, Esq.
BOUNDAS, SKARZYNSKI, WALSH AND BLACK, LLC
One Battery Park Plaza
32nd Floor
New York, NY 10004
jskarzynski@bswb.com
ecarleton@bswb.com

**Counsel for: Westchester Fire Insurance Company**
Jonathan Meer, Esq.
David S. Sheiffer, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-5318
Facsimile: (212) 490-3038
jonathan.meer@wilsonelser.com
david.sheiffer@wilsonelser.com

**Counsel for JMB Capital Partners**

**EHRENSTEIN CHARBONNEAU CALDERIN**
Daniel Gold, Esq.
501 Brickell Key Drive, Suite 300,
Miami, FL 33131,
Telephone: (305) 722-2002
Facsimile:  (305) 722-2001
Email: dg@ecclegal.com

National Union Fire Insurance Co. of Pittsburgh, PA
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

National Union Fire Insurance Co. of Pittsburgh, PA
Attn:  Robert S. Schimek, President, Registered Agent
175 Water Street
New York, NY 10038

XL Specialty Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

XL Specialty Insurance Company
Attn:  Gabriel Carino, Vice President, Registered Agent
70 Seaview Avenue
Stamford, CT 06902

Navigators Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Navigators Insurance Company
Attn:  Stanley A. Galanski, Registered Agent
400 Atlantic Street, 8th Floor
Stamford, CT 06901

Catlin Specialty Insurance Company
c/o NRAI Services, Inc. , Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

Catlin Specialty Insurance Company
Attn:  Andrew N. McMellin, President, Registered Agent
3340 Peachtree Rd. NE, Ste 2950
Atlanta, GA 33026

Federal Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Federal Insurance Company
c/o Patricia Tomczyk, Assistant Secretary, Registered Agent
15 Mountain View Road
Warren, NJ 07061-1615

Great American Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Great American Insurance Company
Attn:  Carl H. Lindner III, CEO, Registered Agent
301 E. Fourth St
Cincinnati, OH 45202-4201

Illinois National Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Illinois National Insurance Company
Attn:  Robert S. Schimek, President, Registered Agent
175 Water Street
New York, NY 10038

Westchester Fire Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Westchester Fire Insurance Company
Attn:  John Lupica, President, Registered Agent
436 Walnut St
Philadelphia, PA 19106

Brigade Leveraged Capital Structures Fund Ltd.
c/o Brigade Capital Management, LLC, Registered Agent
399 Park Avenue, 16th Floor
New York, NY 10022

Battalion CLO 2007-I Ltd.
c/o Brigade Capital Management, LLC, Registered Agent
399 Park Avenue, 16th Floor
New York, NY 10022

Canpartners Investments IV LLC
c/o Canyon Partners, LLC, Registered Agent
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Caspian Capital Partners LP
c/o Mariner Investment Group, LLC, Registered Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528

Caspian Select Credit Master Fund Ltd
c/o Mariner Investment Group, LLC, Registered Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528

Mariner LDC
c/o Mariner Investment Group, LLC, Registered
Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528


Caspian Alpha Long Credit Fund, L.P.
c/o Mariner Investment Group, LLC, Registered
Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528


Caspian Solitude Master Fund, L.P.
c/o Mariner Investment Group, LLC, Registered
Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528


ING Prime Rate Trust
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258


ING Senior Income Fund
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258


ING International (II) - Senior Bank Loans Euro
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

Case 1:15-cv-20383-KMW   Document 1   Entered on FLSD Docket 01/30/2015   Page 18 of 24

ING Investment Management CLO I Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

ING Investment Management CLO II Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

ING Investment Management CLO III Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

ING Investment Management CLO IV Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

ING Investment Management CLO V Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

Phoenix CLO I, Ltd.
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

Phoenix CLO II, Ltd.
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258


Phoenix CLO III, Ltd.
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258


Venture II CDO 2002 Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017


Venture III CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017


Venture IV CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017


Venture V CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Venture VI CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Venture VII CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Venture VIII CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Venture IX CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Vista Leveraged Income Fund
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Veer Cash Flow CLO
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Monarch Master Funding Ltd.
c/o Monarch Alternative Capital LP, Registered
Agent
535 Madison Avenue, 26th Floor
New York, NY 10022

SPCP Group, LLC
c/o Silver Point Capital, L.P. , Registered Agent
660 Steamboat Road, 3rd Floor
Greenwich, CT 6830

Sola Ltd.
c/o Solus Alternative Asset Management LLC,
Registered Agent
430 Park Avenue, 9th Floor
New York, NY 10022

Solus Core Opportunities Master Fund Ltd. ,
Registered Agent
c/o Solus Alternative Asset Management LLC
430 Park Avenue, 9th Floor
New York, NY 10022

Venor Capital Master Fund, Ltd. , Registered Agent
c/o Venor Capital Management LP
7 Times Square, Suite 3505
New York, NY 10036

San Gabriel CLO I Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017

Shasta CLO I Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017


Sierra CLO II Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017


Whitney CLO I Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017


Olympic CLO I Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017


Genesis CLO 2007-1 Ltd.
c/o Ore Hill Partners LLC, Registered Agent
650 5th Ave, 36th Floor
New York, NY 10019-6108


| | |
|---|---|
| JEFFREY SOFFER | JEFFREY SOFFER |
| 8076 COUNTY ROAD 113 | 1616 W. 28TH STREET |
| CARBONDALE, CO 81623 | MIAMI BEACH, FL 33140 |

ALBERT KOTITE
30 SOUTH COMPASS DRIVE
FORT LAUDERDALE, FL 33308-2006

RAYMOND PARELLO
16047 COLLINS AVENUE, APT. 1903
SUNNY ISLES BEACH, FL 33160-5570

BRUCE WEINER
212 N. GORDON ROAD
FT. LAUDERDALE, FL 33301

GLENN SCHAEFFER                     GLENN SCHAEFFER
2915 LAKE EAST DRIVE                7202 W. OCEANFRONT
LAS VEGAS, NV 89117                 NEWPORT BEACH, CA 92663-1726

JAMES ARMIN FREEMAN
1705 GLENVIEW DRIVE
LAS VEGAS, NV 89134

DEVENDRA "DEVEN" KUMAR
4 RAVINIA CT.
HENDERSON, NV 89052

ATTN: THE CORPORATION TRUST COMPANY,     Attn:  Jeffrey Soffer, Manager
REGISTERED AGENT                         Fontainebleau Resorts, LLC, Registered
CORPORATION TRUST CENTER                 Agent
1209 ORANGE STREET                       19950 West Country Club Dr.
WILMINGTON, DE 19801                     Aventura, FL 33180

Camilla M. Denny
137 Deer Run Road
Townsend, DE 19734

Victor A. Duva
847 Hillbrook Lane
Langhorne, PA 19047

Howard C. Karawan
720 Pearl St.
Boulder, CO 80302-5006