**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 15-20383-KMW**

SONEET KAPILA, not individually but as
Chapter 7 trustee of the above-styled jointly
administered Debtors,

       Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURG, PA, et al.,

       Defendants.

_____/

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, SONEET R. KAPILA, as Chapter 7 Trustee for the bankruptcy estate of Fontainebleau Las Vegas Holdings, LLC and each of the jointly administered debtor estates (the "Trustee"), by and through undersigned counsel and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), as incorporated herein by Fed. R. Bankr. P. 7041, files this notice of voluntary dismissal with prejudice of this action pursuant to and as stipulated in that certain Binding Settlement Agreement, dated January 12, 2015, by and between, among others, the Trustee and each of the party defendants herein (the "Settlement"), which Settlement was approved by Order of the Court dated January 21, 2015 (Main Case No. 09-21481-BKC-AJC, ECF No. 4819). Pursuant to the Settlement, each party hereto shall bear its own attorneys' fees and costs.

Dated this 12th day of February, 2015.

GENOVESE JOBLOVE & BATTISTA, P.A.
*Special Counsel for the Trustee*
100 S.E. Second Street, 44th Floor
Miami, FL 33131
Tel.: (305) 349-2300
Fax: (305) 349-2310
Email: dcimo@gjb-law.com
Email: jgenovese@gjb-law.com
Email: pbattista@gjb-law.com

By: __/s/ David C. Cimo_____
      David C. Cimo, Esq.
      Fla. Bar No. 775400

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the PLAINTIFF'S NOTICE OF

VOLUNTARY DISMISSAL WITH PREJUDICE was served via CM/ECF and/or U.S. mail to

the parties on the attached Service List this 12th day of February, 2015.

By: __/s/ David C. Cimo_____
      David C. Cimo

**SERVICE LIST**

## Service List

### Counsel for the Term Lenders

**JONES DAY**
Bruce S. Bennett, Esq.
Sidney P. Levinson, Esq.
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: *bbennett@jonesday.com*
Email: *slevinson@jonesday.com*

**JONES DAY**
Joshua D. Morse, Esq.
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: *jmorse@jonesday.com*

**AKERMAN LLP**
Michael I. Goldberg, Esq.
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
Tel: 954.468.2444
Fax: 954.463.2224
Email: *michael.goldberg@akerman.com*

**AKERMAN LLP**
Joanne Gelfand, Esq.
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 982-5694
Email: *joanne.gelfand@akerman.com*

### Counsel for The Union Labor Life Insurance Company

**HOLLAND & KNIGHT LLP**
John J. Monaghan, Esq.
10 St. James Place,
11th Floor, Boston, Massachusetts 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
Email: john.monaghan@hklaw.com

**HOLLAND & KNIGHT LLP**
Jose A. Casal, Esq.
Joaquin Alemany, Esq.
Michael E. Rothenberg, Esq.
701 Brickell Avenue, 33rd Floor
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
E-mail: jose.casal@hklaw.com
E-mail: joaquin.alemany@hklaw.com
E-mail: michael.rothenberg@hklaw.com

**KLEHR HARRISON HARVEY BRANZBURG LLP**
William A. Harvey (Pa. I.D. 25344)*
Diana L. Eisner (Pa. I.D. 309237)*
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Tel: (215) 569-2700
Fax: (215) 568-6603
Email: WHarvey@klehr.com
Email: DEisner@klehr.com

**Counsel for Bank of America, N.A.**

**DLA Piper LLP (US)**
Craig V. Rasile, Esq.
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-5341
Telephone: 305-423-8500
Facsimile: 305-437-8131
Email: craig.rasile@dlapiper.com

**Munger, Tolles & Olson LLP**
Todd J. Rosen, Esq.
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: 213-683-9222
Facsimile: 213-683-4022
Email: todd.rosen@mto.com

**Counsel for U.S. Bank National Association**

**MASLON EDELMAN BORMAN
& BRAND, LLP**
Clark Whitmore, Esq.
90 South Seventh Street, Suite 3300
Minneapolis, Minnesota 55402
Telephone: (612) 672-8200
Facsimile: (612) 672-8397
Email: clark.whitmore@maslon.com

**SQUIRE PATTON BOGGS (US) LLP**
Andrew R. Kruppa, Esq.
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: andrew.kruppa@squirepb.com

**Counsel for the D&O Defendants**

**Counsel for Defendant Jeffrey Soffer**
**BERGER SINGERMAN, P.A.**
Paul Singerman, Esq.
James Gassenheimer, Esq.
1450 Brickell Ave. Suite 1900,
Miami, FL 33131,
Telephone: (305) 755-9500
Facsimile:  (305) 714-4340
Email: singerman@bergersingerman.com
        jgassenheimer@bergersingerman.com

**Counsel for Defendant James Freeman**
Christopher Nowlin, Esq.
Dean J. Kitchens, Esq.
Gibson Dunn
333 S Grand Ave
Los Angeles, CA 90071
Telephone: 213.229.7352
Fax: 213.229.6352
Email: cnowlin@gibsondunn.com
Email: dkitchens@gibsondunn.com

**Counsel for Defendant Devendra Kumar**
Alexandra D. Blye, Esq.
Carlton Fields
525 Okeechobee Blvd # 1200
West Palm Bch, FL 33401
Telephone: (561) 659-7070
Fax : (561) 659-7368
Email: ablye@carltonfields.com

**Counsel for Defendant James Freeman**
Merrick Gross, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: mgross@carltonfields.com

**Counsel for Defendant Devendra Kumar**
Merrick Gross, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: mgross@carltonfields.com

**Counsel for Defendant Glenn Schaeffer**
Arthur C. Neiwirth, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
1 E Broward Blvd #1400
Fort Lauderdale, FL 33301
Phone: 954.523.7008
Fax : 954.523.7009
Email: aneiwirth@qpwblaw.com

**Counsel for Defendant Glenn Schaeffer**
Represented by Manuel L. Dobrinsky, Esq.
2 S. Biscayne Blvd., Suite 3100
Miami, FL 33131
Tel: 305-371-3666
Fax: 305-371-6725
E-mail: mdobrinsky@fdlaw.net

**Counsel for Defendant Glenn Schaeffer**
Ronald P. Hanes, Esq.
Trombley & Hanes, P.A.
707 N. Franklin Street, Floor 10
Tampa, FL 33602
Tel: 813-229-7918
Fax: 813-223-5204
E-mail: rhanes@trombleyhaneslaw.com

**Counsel for Defendant James Freeman**
Alexandra D. Blye, Esq.
Carlton Fields
525 Okeechobee Blvd # 1200
West Palm Bch, FL 33401
Telephone: (561) 659-7070
Fax : (561) 659-7368
Email: ablye@carltonfields.com

**Counsel for Defendant Albert Kotite**
Jeffrey T. Foreman, Esq.
Kenny Nachwalter
201 S Biscayne Blvd # 1100
Miami, FL 33131
Telephone: 305-373-1000
Facsimile: 305-372-1861
Email: jforeman@kennynachwalter.com

**Counsel for Defendant Albert Kotite**
Andrew B. Zinman, Esq.
Barry Kingham, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Direct: (212) 696-6928
Fax: (917) 368-8942
Email: azinman@curtis.com
Email: bkingham@curtis.com

**Counsel for Defendant Bruce Weiner**
Steven I. Silverman, Esq.
Kluger Kaplan
201 S. Biscayne Blvd 17th Florr
Miami, FL 33131
Phone 305-379-9000
Fax 305-379-3428
Email: ssilverman@klugerkaplan.com

**Counsel for Defendant Devendra Kumar**
Christopher Nowlin, Esq.
Dean J. Kitchens
333 S Grand Ave
Los Angeles, CA 90071
Telephone: 213.229.7352
Fax: 213.229.6352
Email: cnowlin@gibsondunn.com
Email: dkitchens@gibsondunn.com

**Counsel for Defendant Ray Parello**
James D. Gassenheimer, Esq.
David Gay, Esq.
Paul Steven Singerman, Esq.
Berger Singerman, P.A.
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Phone: (305) 755-9500
Fax: (305) 714-4340
Email: dgay@bergersingerman.com
Email: jgassenheimer@bergersingerman.com
Email: singerman@bergermansingerman.com

**Counsel for the Insurers**

**Counsel for: XL Specialty Insurance Company**
Gary V. Dixon, Esq.
Pamela L. Signorello, Esq.
TROUTMAN SANDERS, LLP
104 9th Street, N.W.
Suite 1000
Washington, DC 20004
Telephone: (202) 274-2950
Facsimile: (202-274-2994
Gary.dixon@troutmansanders.com
Pam.signorello@troutmansanders.com

**Counsel for: Illinois National Insurance Company; and National Union Fire Insurance Company of Pittsburgh**

Jana I. Lubert, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Direct Dial: (213) 680-5075
Facsimile: (213) 250-7900
lubert@lbbslaw.com

**Counsel for: Westchester Fire Insurance Company (Ace)**
John W. Bussey, III, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
105 East Robinson Street
4th Floor
Orlando, Florida 32801
Telephone: (407) 423-7287
Facsimile: (407) 648-1376
John.bussey@wilsonelser.com

**Counsel for: Federal Insurance Company**
David Newmann, Esq.
HOGAN LOVELLS, US LLP
1835 Market Street
29th Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Direct Dial: (267) 675-4610
Facsimile: (267) 675-4601
David.newmann@hoganlovells.com

**Counsel for: Navigators Insurance Company Catlin Specialty Insurance Company**
Brianne Biggiani, Esq.
Jennifer W. Wall, Esq.
LLOYD GRAY WHITEHEAD MONROE
2501 20th Place South
Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380
bbiggiani@lgwmlaw.com
jwall@lgwmlaw.com

**Counsel for: Navigators Insurance Company**
Richard J. Lydecker, Esq.
Carlos DeZayas, Esq.
Steve Hunter Johnson, Esq.
LYDECKER DIAZ
1221 Brickell Avenue
19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190
rl@lydeckerdiaz.com
cdz@lydeckerdiaz.com

**Counsel for Great American Insurance Company**
James Skarzynski, Esq.
Edward Carleton, Esq.
BOUNDAS, SKARZYNSKI, WALSH AND BLACK, LLC
One Battery Park Plaza
32nd Floor
New York, NY 10004
jskarzynski@bswb.com
ecarleton@bswb.com

**Counsel for: Westchester Fire Insurance Company**
Jonathan Meer, Esq.
David S. Sheiffer, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-5318
Facsimile: (212) 490-3038
jonathan.meer@wilsonelser.com
david.sheiffer@wilsonelser.com

**Counsel for JMB Capital Partners**

**EHRENSTEIN CHARBONNEAU CALDERIN**
Daniel Gold, Esq.
501 Brickell Key Drive, Suite 300,
Miami, FL 33131,
Telephone: (305) 722-2002
Facsimile:  (305) 722-2001
Email: dg@ecclegal.com

National Union Fire Insurance Co. of Pittsburgh, PA
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

National Union Fire Insurance Co. of Pittsburgh, PA
Attn: Robert S. Schimek, President, Registered Agent
175 Water Street
New York, NY 10038

XL Specialty Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

XL Specialty Insurance Company
Attn: Gabriel Carino, Vice President, Registered Agent
70 Seaview Avenue
Stamford, CT 06902

Navigators Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Navigators Insurance Company
Attn: Stanley A. Galanski, Registered Agent
400 Atlantic Street, 8th Floor
Stamford, CT 06901

Catlin Specialty Insurance Company
c/o NRAI Services, Inc. , Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

Catlin Specialty Insurance Company
Attn: Andrew N. McMellin, President, Registered Agent
3340 Peachtree Rd. NE, Ste 2950
Atlanta, GA 33026

Federal Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Federal Insurance Company
c/o Patricia Tomczyk, Assistant Secretary, Registered Agent
15 Mountain View Road
Warren, NJ 07061-1615

Great American Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Great American Insurance Company
Attn: Carl H. Lindner III, CEO, Registered Agent
301 E. Fourth St
Cincinnati, OH 45202-4201

Illinois National Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Illinois National Insurance Company
Attn: Robert S. Schimek, President, Registered Agent
175 Water Street
New York, NY 10038

Westchester Fire Insurance Company
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399

Westchester Fire Insurance Company
Attn:  John Lupica, President, Registered Agent
436 Walnut St
Philadelphia, PA 19106

Brigade Leveraged Capital Structures Fund Ltd.
c/o Brigade Capital Management, LLC, Registered Agent
399 Park Avenue, 16th Floor
New York, NY 10022

Battalion CLO 2007-I Ltd.
c/o Brigade Capital Management, LLC, Registered Agent
399 Park Avenue, 16th Floor
New York, NY 10022

Canpartners Investments IV LLC
c/o Canyon Partners, LLC, Registered Agent
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067

Caspian Capital Partners LP
c/o Mariner Investment Group, LLC, Registered Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528

Caspian Select Credit Master Fund Ltd
c/o Mariner Investment Group, LLC, Registered Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528

Mariner LDC
c/o Mariner Investment Group, LLC, Registered
Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528


Caspian Alpha Long Credit Fund, L.P.
c/o Mariner Investment Group, LLC, Registered
Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528


Caspian Solitude Master Fund, L.P.
c/o Mariner Investment Group, LLC, Registered
Agent
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528



ING Prime Rate Trust
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258



ING Senior Income Fund
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258



ING International (II) - Senior Bank Loans Euro
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

ING Investment Management CLO I Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258


ING Investment Management CLO II Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258


ING Investment Management CLO III Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258


ING Investment Management CLO IV Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258


ING Investment Management CLO V Ltd
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258


Phoenix CLO I, Ltd.
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

Phoenix CLO II, Ltd.
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

Phoenix CLO III, Ltd.
c/o ING Investment Management, Registered Agent
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

Venture II CDO 2002 Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Venture III CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Venture IV CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Venture V CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Venture VI CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017


Venture VII CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017


Venture VIII CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017


Venture IX CDO Limited
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017


Vista Leveraged Income Fund
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017


Veer Cash Flow CLO
c/o MJX Asset Management, LLC, Registered Agent
12 East 49th Street, 29th Floor
New York, NY 10017

Monarch Master Funding Ltd.
c/o Monarch Alternative Capital LP, Registered
Agent
535 Madison Avenue, 26th Floor
New York, NY 10022

SPCP Group, LLC
c/o Silver Point Capital, L.P. , Registered Agent
660 Steamboat Road, 3rd Floor
Greenwich, CT 6830

Sola Ltd.
c/o Solus Alternative Asset Management LLC,
Registered Agent
430 Park Avenue, 9th Floor
New York, NY 10022

Solus Core Opportunities Master Fund Ltd. ,
Registered Agent
c/o Solus Alternative Asset Management LLC
430 Park Avenue, 9th Floor
New York, NY 10022

Venor Capital Master Fund, Ltd. , Registered Agent
c/o Venor Capital Management LP
7 Times Square, Suite 3505
New York, NY 10036

San Gabriel CLO I Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017

Shasta CLO I Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017


Sierra CLO II Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017


Whitney CLO I Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017


Olympic CLO I Ltd.
c/o Churchill Pacific Asset Management LLC,
Registered Agent
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017


Genesis CLO 2007-1 Ltd.
c/o Ore Hill Partners LLC, Registered Agent
650 5th Ave, 36th Floor
New York, NY 10019-6108


JEFFREY SOFFER
8076 COUNTY ROAD 113
CARBONDALE, CO 81623

JEFFREY SOFFER
1616 W. 28TH STREET
MIAMI BEACH, FL 33140

ALBERT KOTITE
30 SOUTH COMPASS DRIVE
FORT LAUDERDALE, FL 33308-2006


RAYMOND PARELLO
16047 COLLINS AVENUE, APT. 1903
SUNNY ISLES BEACH, FL 33160-5570

BRUCE WEINER
212 N. GORDON ROAD
FT. LAUDERDALE, FL 33301

GLENN SCHAEFFER                          GLENN SCHAEFFER
2915 LAKE EAST DRIVE                     7202 W. OCEANFRONT
LAS VEGAS, NV 89117                      NEWPORT BEACH, CA 92663-1726

JAMES ARMIN FREEMAN
1705 GLENVIEW DRIVE
LAS VEGAS, NV 89134

DEVENDRA "DEVEN" KUMAR
4 RAVINIA CT.
HENDERSON, NV 89052

ATTN: THE CORPORATION TRUST COMPANY,    Attn:  Jeffrey Soffer, Manager
REGISTERED AGENT                         Fontainebleau Resorts, LLC, Registered
CORPORATION TRUST CENTER                 Agent
1209 ORANGE STREET                       19950 West Country Club Dr.
WILMINGTON, DE 19801                     Aventura, FL 33180


Camilla M. Denny
137 Deer Run Road
Townsend, DE 19734

Victor A. Duva
847 Hillbrook Lane
Langhorne, PA 19047

Howard C. Karawan
720 Pearl St.
Boulder, CO 80302-5006