UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-CV-20383-WILLIAMS

SONEET R. KAPILA, Chapter 7 Trustee for
Fountainebleau Las Vegas Holdings, LLC,

      Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE, *et al.*,

      Defendants.

_____/

## ORDER DISMISSING AND CLOSING CASE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [D.E. 6]. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees, except as otherwise agreed. All pending motions are denied as moot and all hearings are canceled. The Clerk is directed to **CLOSE** this case.

DONE AND ORDERED in Chambers in Miami, Florida, this ___ day of February, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE